# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID BROOKS, JR.

NO. 2026 KW 0775

**JULY 15, 2026**

---

In Re:   David Brooks, Jr., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 2024-CR-768.

---

**BEFORE:   WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT